IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | | |
|---|---|---|
| JAMES A. LUCKER, | ) | Civil Action No. 7:05CV00126 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| COLE VISION CORP., d.b.a. SEARS OPTICAL, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| TERRI HILL BANEZ, | ) | |
| | ) | By: James C. Turk |
| Defendant. | ) | Senior United States District Judge |

In accordance with the accompanying Memorandum Opinion, it hereby is

**ORDERED**

that defendant Terri Hill Banez hereby is **DISMISSED** from this action and plaintiff's Motion to Remand (Dkt. No. 4) hereby is **DENIED**.

The Clerk is directed to send certified copies of this Order to all counsel of record.

ENTER: This 16th day of June, 2005.

*James C. Turk*
Senior United States District Judge

7